# The Supreme Court of South Carolina

The State, Petitioner,

v.

Archie More Hardin, Respondent.

Appellate Case No. 2018-002035

---

ORDER

---

The petition for rehearing is granted, and we dispense with further briefing. The attached opinion is substituted for the previous opinion, which is withdrawn.

s/ Donald W. Beatty      C.J.

s/ John W. Kittredge      J.

s/ Kaye G. Hearn      J.

s/ John Cannon Few      J.

s/ George C. James, Jr.      J.

Columbia, South Carolina
February 12, 2020

# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Archie More Hardin, Respondent.

Appellate Case No. 2018-002035

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Orangeburg County
Maité Murphy, Circuit Court Judge

---

Opinion No. 27938
Heard January 15, 2020 – Filed January 29, 2020
Withdrawn, Substituted, and Refiled February 19, 2020

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia; and Solicitor David Michael Pascoe Jr., of Orangeburg, for Petitioner.

Chief Appellate Defender Robert Michael Dudek and Appellate Defender Lara Mary Caudy, both of Columbia; and Daniel Carson Boles, of Boles Law Firm, LLC, of Charleston, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *State v. Hardin*, 425 S.C. 1, 819 S.E.2d 177 (Ct. App. 2018).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**